United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-3791EM

Tammy Kwikkel-Elliott;                          *
                                                *
            Plaintiff,                          *
                                                *
William Elliott,                                *      Appeal from the United States
                                                *      District Court for the Eastern
            Plaintiff-Appellant,                *      District of Missouri.
                                                *
      v.                                        *          [UNPUBLISHED]
                                                *
Aid Association for Lutherans,                  *
                                                *
            Defendant-Appellee.                 *

_____

Submitted:  March 13, 1998
Filed:  March 18, 1998

_____

Before FAGG and ROSS, Circuit Judges, and EISELE,* District Judge.

_____

PER CURIAM.

      William Elliott appeals the district court's adverse grant of summary judgment in this retaliation-based employment discrimination action. Having reviewed the record and the materials submitted by the parties, we see no error by the district court. The

_____

      *The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas, sitting by designation.

district court has written a well-reasoned opinion in this fact-intensive case, and we conclude that an extended discussion is unnecessary.  We believe the district court is correct, and we affirm on the basis of the district court's memorandum and order.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.